IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Caroline Reidhead, ) | CV-12-8058-PCT-FJM |
| )<br>Plaintiff(s), ) | **ORDER** |
| )<br>vs. ) | |
| )<br>Thunderbird Collection Specialists, Inc., ) | |
| )<br>Defendant(s). ) | |

Pursuant to this court's order of May 9, 2012, IT IS ORDERED dismissing this action without prejudice under Rule 41(b), Fed. R. Civ. P.

DATED this 30th day of May, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge